IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNY CROOK,

    Plaintiff,

v.                                         CASE NO. 1:05-cv-00031-MP-AK

M STUBBS,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that Doc. 1, Complaint filed by Ronny Crook, be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.  The Magistrate Judge filed the Report and Recommendation on Thursday, February 17, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  Neither party has filed an objection.  Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

       Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   This cause is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this   *21st*   day of April, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge